UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON-FRANK ABAGNALE,<br><br>                    Plaintiff,<br><br>                    -v-<br><br>MICHAEL A. KORNSTEIN; COOPER ERVING & SAVAGE LLP: CITIZENS BANK, N.A.,<br><br>                    Defendants. | 22-CV-0611 (KMK)<br><br>ORDER OF SERVICE |

KENNETH M. KARAS, United States District Judge:

   Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

   The Clerk of Court is directed to issue summonses as to Defendants Michael A. Kornstein, Cooper Erving & Savage LLP, and Citizens Bank, N.A.. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

   The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   March 1, 2022
         White Plains, New York

                                                    _____
                                                    KENNETH M. KARAS
                                                    United States District Judge